UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY BRIMLOW,

    Plaintiff,

v.                                           CASE NO. 8:15-cv-2680-T-23TBM

CHASE HOME FINANCE, INC.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 42), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on August 1, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE